**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 2945 Disciplinary Docket No. 3 |
| | : | |
| HARRY TUN | : | No. 15 DB 2023 |
| | : | |
| | : | (District of Columbia Court of Appeals, |
| | : | No. 22-BG-054) |
| | : | |
| | : | Attorney Registration No. 50775 |
| | : | |
| | : | (Out of State) |

**ORDER**

**PER CURIAM**

AND NOW, this 6th day of April, 2023, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Harry Tun is disbarred from the practice of law in the Commonwealth of Pennsylvania. He shall comply with the provisions of Pa.R.D.E. 217.